SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Isabel Irene Yanez,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Doe Driver I, individual; United States of America; DOES I – X, and ROE Corporations I-X, Inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01494-EJY<br><br>**Stipulation to Dismiss and Order** |

///

///

///

///

///

///

///

///

///

1 The above-named parties by and through their counsel of record, hereby stipulate that this action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

Respectfully submitted this 11th day of July, 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Justin G. Randall*  
JUSTIN G. RANDALL ESQ.
Nevada Bar No. 12476
*Attorney for Plaintiff*

*/s/ Karissa D. Neff*  
KARISSA D. NEFF
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

DATED: July 15, 2025